IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

LORA DENISE ALLISON                                                                                    PLAINTIFF

V.                                                                                    CASE NO.: 3:21-CV-58 HTW-RPM

COMMISSIONER OF SOCIAL SECURITY                                                    DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge Robert P. Myers, Jr. [doc. no. 17].  Neither the Plaintiff nor the Commissioner has filed any written objections to the Magistrate Judge's Report and Recommendation.  The Magistrate Judge recommends that this case should be remanded for further consideration.

This court has fully reviewed and considered the Magistrate Judge's Report and Recommendation, and based on the evidence therein, this court hereby **adopts** the Report and Recommendation of the United States Magistrate Judge **[doc. No. 17]** as the order of this court.  This case is hereby remanded for further consideration.

**SO ORDERED AND ADJUDGED**, this 31st day of August, 2022.

                                                                                    __s/    HENRY T. WINGATE____
                                                                                    UNITED STATES DISTRICT JUDGE